IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHOLASTIC INC., )<br> GROLIER INCORPORATED, and )<br>SCHOLASTIC AT HOME, INC., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 05-01216 (RWR) |

NOTICE OF FILING OF SIGNED CONSENT DECREE

Plaintiff. United States of America, hereby notices the filing of the signed consent decree in this

matter which is complete save for the Court's Entry of Judgment.  This settlement was orginally

filed with the complaint, but was not attached to the ECF entry.  It is the understanding of the

United States that the Court does have a copy of the signed agreement and this notice of filing is

being made to ensure that the public record available through the ECF system is complete.

                                         /s/
                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                          United States Attorney

                                         /s/
                          R. CRAIG LAWRENCE, D.C. BAR # 171538
                          Assistant United States Attorney

                                         /s/
                          LAURIE WEINSTEIN, D.C. BAR # 389511
                          Assistant United States Attorney
                          555 4th Street, NW Room E4820
                          Washington, DC 20530
                          (202) 514-7133